**Order entered September 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00482-CV

**FEYSAL AYATI-GHAFFARI, Appellant**

**V.**

**JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, ET AL., Appellees**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-03108-2013**

## ORDER

Before the Court is "Appellant's Request Written Proof of Party's Standing" filed by pro se appellant on September 8, 2017. We **DENY** the request.

/s/      CRAIG STODDART
JUSTICE